NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

## IN RE TECHSHELL, INC.

———————————

2014-1179

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Reexamination No. 95/001,767.

———————————

**JUDGMENT**

———————————

ROBERT B. DULANEY, III, Smith Risley Tempel Santos, of Atlanta, Georgia, argued for appellant. On the brief was SCOTT A. HORSTEMEYER, Thomas|Horstemeyer LLP, of Atlanta, Georgia. Of counsel were NORMAN A. CRAIN and DAN R. GRESHAM.

MEREDITH H. SCHOENFELD, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for intervenor. With her on the brief were NATHAN K. KELLEY, Solicitor, and MONICA B. LATEEF, Associate Solicitor.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* TARANTO and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  September 17, 2014             /s/  Daniel  E.  O'Toole
        Date                    Daniel E. O'Toole
                                Clerk of Court